UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT SNOW,

        Plaintiff,                                 Hon. Richard Alan Enslen

v.                                          Case No. 1:03-CV-652

UNKNOWN EL-SHAMAA, et al.,

        Defendants.

_____/

## ORDER

        This matter is before the Court on Plaintiff Robert Snow's Motion for Reconsideration. Plaintiff initiated the present civil action on October 8, 2003. Petitioner's request to proceed without pre-payment of the filing fee was granted and he was ordered to pay an initial partial filing fee and make subsequent payments to the Court pursuant to the formula set forth in 28 U.S.C. § 1915(b)(1). (Dkt. #4). Plaintiff now seeks reconsideration of the Court's Order granting his request to proceed as a pauper. Plaintiff does not challenge the determination that he is a pauper or the calculation by the Court of the initial partial filing fee. Instead, Plaintiff requests that the filing fee in this matter be waived altogether. Plaintiff is not entitled to such relief. As expressly stated in the Prison Litigation Reform Act, any prisoner who brings "a civil action. . .shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). *See also McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997).

        **THEREFORE, IT IS HEREBY ORDERED** that Plaintiff Robert Snow's Motion for Reconsideration (Dkt. No. 23) is **DENIED**.

                                       /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:                 RICHARD ALAN ENSLEN
August 22, 2005                      UNITED STATES DISTRICT JUDGE